IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SIDNEY ALLEN WORTHEN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-1090-C |
| | ) | |
| ERIC FRANKLIN, Warden, James | ) | |
| Crabtree Correctional Center, | ) | |
| Oklahoma Department of Corrections, | ) | |
| and its staff and employees, et al., | ) | |
| | ) | |
| Respondents | ) | |

ORDER ADOPTING REPORTS AND RECOMMENDATIONS

Petitioner in this case is a state prisoner, proceeding pro se. He seeks relief from the retroactive application of an Oklahoma Department of Corrections policy which he argues denies him various constitutional rights. Additionally, he seeks a declaratory judgment regarding the same policy. On December 14, 2005, and January 9, 2006, Magistrate Judge Robert E. Bacharach issued Reports and Recommendations recommending that both the habeas corpus and declaratory judgment relief be denied. Petitioner has timely responded, and the Court considers the matter de novo.

The relevant facts and controlling law are clearly and fairly set out in the two reports of the Magistrate Judge and need not be repeated here. In objection, Petitioner merely repeats and restates the arguments contained in his earlier pleadings. However, no argument

of fact or law is sufficient to counsel or permit a result contrary to that recommended by Judge Bacharach.

Accordingly, the Reports and Recommendations are adopted, in their entirety, and for the reasons stated therein, the relief request by Petitioner is denied. A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of January, 2006.

ROBIN J. CAUTHRON
United States District Judge